# EXHIBIT 3

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700

WRITER'S DIRECT DIAL NO.
**(415) 875-6320**

WRITER'S EMAIL ADDRESS
**seanpak@quinnemanuel.com**

June 24, 2021

<u>VIA EMAIL</u>

Mr. Xu Yanming
Chairman and CEO
Zhuhai CosMX Battery Co., Ltd.
No. 209, Zhufeng Road
Doumen District, Zhuhai 519180
People's Republic of China

RE: *AMEPEREX TECHNOLOGY LIMITED'S U.S. PATENTS*

Dear Mr. Xu,

I write on behalf of Amperex Technology Limited and its subsidiaries ("ATL") concerning its intellectual property rights. ATL is the world's leading producer and innovator of lithium-ion batteries, and is well known around the world for developing, producing, and packaging high quality rechargeable lithium-ion batteries. ATL has leveraged its investments in research and development into technological innovations in all aspects of battery technology, including materials, processes, structures, charging technologies, and system design. These efforts have yielded thousands of patents in the United States and around the world.

Based on our preliminary investigations, we are convinced that Zhuhai CosMX Battery Co., Ltd. ("CosMX") is making, using, selling, or offering for sale products that infringe one or more of ATL's patents. The table below is an exemplary list of products imported into the U.S. that incorporate CosMX products that infringe one or more claims of at least the listed U.S. patents. Please keep in mind that the patents below are exemplary, and CosMX products may infringe other patents in the larger portfolio, including the foreign counterparts of the listed patents.

<u>Exemplary List of ATL Patents Infringed by CosMX</u>

| Patent No. | Title | Products |
|---|---|---|
| US10,964,987 | Separator and energy storage device | • Asus VivoBook S15; Asus ROG<br>• Acer Swift 3X |

**quinn emanuel urquhart & sullivan, llp**
AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MUNICH |
NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART |
SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

| Patent No. | Title | Products |
|---|---|---|
| | | - HP OMEN Laptop – 15-en0023dx |
| US10,541,441 | Lithium ion battery having desirable safety performance | - Lenovo Legion 7 Gen 6<br>- Lenovo Legion 5<br>- Lenovo Legion Y545 |
| US10,971,706 | Electrode assembly | - Asus VivoBook S15; Asus ROG; Asus Adolbook 13; Asus ZenBook Duo UX481<br>- Acer Swift 3X<br>- HP OMEN Laptop – 15-en0023dx; HP Envy 13 Laptop<br>- Lenovo IdeaPad 5 (14") Laptop |

In the United States, ATL is entitled to seek an injunction, monetary damages, as well as attorney fees against CoxMX for its past and ongoing infringement. CosMX has an affirmative responsibility to investigate CosMX's infringement raised in this letter and ensure that CosMX immediately ceases infringement of ATL's patents and compensate ATL for its infringement.

We look forward to having a near-term dialogue with CosMX with the goal of answering any questions you may have and providing more details and evidence concerning the issues raised in this letter. We are happy to meet with CosMX in person in Asia, schedules permitting, or via Zoom. Please propose some dates and times in the next 20 days when your team is available for a meeting.

We hope to work with you to resolve the matters in an amicable and respectful manner. Upon receipt of this letter, please kindly contact me. I can be reached at either seanpak@quinnemanuel.com or +1 (415) 875-6320. You may also contact Jason Qian and Liangxin Yang at ATL (copied below). I look forward to your reply, and thank you in advance for your prompt attention to these matters. To the extent we do not receive a response or the matters cannot be solved in an amicable and respectful manner timely, ATL reserves all rights to enforce its patent rights.

Sincerely,

*Sean Pak*

Sean S. Pak
Partner
Quinn Emanuel Urquhart & Sullivan LLP

cc: Jason Qian, Senior Director, Legal and Intellectual Property, Ningde Amperex Technology Limited (QianJS@ATLBattery.com)

Liangxin Yang, Senior Manager, Intellectual Property, Ningde Amperex Technology Limited (Yanglx2@ATLBattery.com)

3