# EXHIBIT 4

福建省宁德市蕉城区漳湾镇新港路1号 352100
1 Xingang Road, Zhangwan Town, Jiaocheng District, Ningde, Fujian, PRC
Tel: 86-593-2583-888  Fax: 86-593-2583-999  http://www.ATLbattery.com

## BY EMAIL AND SF EXPRESS

**Zhuhai CosMX Battery Co., Ltd.**
Address: No. 209, Zhufeng Road, Doumen District, Zhuhai 519180, P.R. China
Attn: Mr. Zebiao Li (李泽标先生)
Email: lizebiao@cosmx.com

Dear Mr. Zebiao Li (李泽标先生),

As we have discussed, Ningde Amperex Technology Limited ("ATL") believes Zhuhai CosMX Battery Co. Ltd. ("CosMX) is using ATL's patented technology in batteries CosMX delivers to various original equipment manufacturers that ship finished consumer electronic products to the United States. Any such use of ATL's patented technology is without permission and may subject CosMX to an injunction and/or monetary damages for all unauthorized use of ATL's patented technology in the United States. ATL has attached two representative claim charts demonstrating how CosMX batteries imported into the United States infringe ATL Patent Nos. 10,971,706 and 11,329,352.

Unless CosMX agrees to immediately cease importation of all infringing batteries to the United States and sales and distribution of all infringing batteries already in the United States, ATL will promptly seek to enforce its patent rights in Federal District Court in the United States. I can be reached at the email address or telephone number set forth below if you would like to discuss these claim charts.

**Ningde Amperex Technology Limited**

By: *[signature]*
Name: Jason Qian
Title: General Counsel
Email: QianJS@atlbattery.com
Cell: +86 18596662177

Date: June 21, 2022

## Comparison of U.S. Patent No. 10,971,706 to the CosMX CA3862E1 Battery Cell

| Claim 1 | CosMX CA3862E1 Battery Cell |
|---|---|
| An electrode assembly, comprising: | The CA3862E1 battery cell is a lithium-ion battery comprising an electrode assembly. |
| a cell; and | The CA3862E1 is a battery cell. |

| | |
|---|---|
| a protective layer; | The CA3862E1 battery cell has a protective layer (blue in color). |
| wherein the cell comprises a cell body and an electrode tab protruding from the cell body; | The CA3862E1 battery cell has a cell body and an electrode tab protruding from the cell body (see images above). |
| wherein in a height direction of the cell, at least one end of the protective layer extends beyond an anode electrode and the extended dimension is no more than 3 mm; | The protective layer of the CA3862E1 battery cell extends in a height direction beyond an anode electrode by no approximately 1 mm. |
| and wherein the protective layer comprises a first binding sub-layer and an isolation sub-layer which are laminated, and the protective layer is bound to the cell through the first binding sub-layer. | A cross section of the protective layer of the CA3862E1 battery cell shows it has a first binding sub-layer and an isolation sub-layer that are laminated. The protective layer is bound to the cell through the first binding sub-layer. |



## Comparison of U.S. Patent No. 11,329,352 to the CosMX CA3862E1 Battery Cell

| Claim 1 | CosMX CA3862E1 Battery Cell |
|---|---|
| 1. A secondary battery, comprising: | The CA3862E1 battery cell is a secondary (rechargeable) battery used, for example, in a Lenovo Legion 5 laptop.<br> |

| Claim 1 | CosMX CA3862E1 Battery Cell |
|---|---|
| a first electrode tab; | The CA3862E1 battery cell has a first electrode tab. |
| a first electrode plate, comprising: | A cross section of the CA3862E1 battery cell shows both anodic and cathodic electrode plates. |
| a first current collector; and | A cross section of CA3862E1 battery cell shows anodic (copper color) and cathodic (white color) current collectors. |

| Claim 1 | CosMX CA3862E1 Battery Cell |
|---|---|
| a first active substance, disposed on a first surface of the first current collector and a second surface of the first current collector, wherein the second surface is opposite to the first surface; | A cross section of the CA3862E1 battery cell shows the active substances disposed on each side of the anodic current collector (containing graphite) and the cathodic current collector (containing cobalt).<br> |
| a first electrode tab receiving groove, defined by an exposed portion of the first surface of the first current collector and the first active substance on a periphery of the first electrode tab receiving groove, the first electrode tab receiving groove receiving the first electrode tab, wherein the first electrode tab is electrically connected with the first current collector through the first electrode tab receiving groove; | The CA3862E1 battery cell's anodic tab assembly includes an electrode receiving groove defined by an exposed portion of the surface of the copper-based current collector and the first graphite containing active substance on the periphery of an anodic tab receiving groove. The anodic tab is electrically connected with the copper-based current collector through the tab receiving groove.<br> |

| Claim 1 | CosMX CA3862E1 Battery Cell |
|---|---|
| a first recess that is opposite to the first electrode tab receiving groove, defined by a corresponding portion of the second surface of the first current collector and the first active substance on a periphery of the first recess; | The CA3862E1 battery cell's anodic tab assembly includes a recess defined by a second surface of the copper-based current collector and the graphite containing active substance.<br><br> |
| a first electrode plate notch disposed on a side edge of the first electrode tab receiving groove and extending through the second surface and the first surface of the first current collector; and | A magnified view of the CA3862E1 battery cell's anodic tab assembly shows a notch at the edge of the tab assembly at the top of the tab receiving groove that extends through the first and second surfaces of the current collector.<br><br> |

| Claim 1 | CosMX CA3862E1 Battery Cell |
|---|---|
| the first electrode tab receiving groove is formed by the first current collector and at least two first active substance walls; | A magnified view of the CA3862E1 battery cell's anodic tab assembly shows the anodic tab receiving groove is formed by the copper-based current collector and at least two walls comprised of the graphite containing active substance. |
| wherein the secondary battery is a wound-type secondary battery. | A cross section of the CA3862E1 battery cell shows it is a wound-type secondary battery. |